UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN JAMES PALMER,<br><br>    Defendant. | CASE NO. SA 09-322M<br><br>ORDER OF TEMPORARY DETENTION |

In this matter, the government has filed a request for detention, pursuant to a warrant issued by the United States District Court for the Western of Missouri, on a three-count Indictment. Defendant has waived an identity hearing. IT IS ORDERED that the Defendant be detained without bond pending his appearance in the United States District Court for the Western District of Missouri for a detention hearing pursuant to 18 U.S.C. § 3142(f).

DATED: July 16, 2009

MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)